# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAIRD JOHNSON

NO. 2024 KW 0782

**NOVEMBER 4, 2024**

---

In Re:  Laird Johnson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5324-F-2023, 0777-F-2024.

---

BEFORE:  **McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(7), (8) and (9) by failing to include a copy of the judge's reasons for judgment, a copy of the bills of information, and a copy of the State's opposition filed in the trial court or a statement by the applicant that no opposing written document was filed. Moreover, although it is not a violation of the Uniform Rules, we note that relator failed to include a copy of the transcript of the motions for speedy trial hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before November 20, 2024, and should include the entire contents of this application, the missing items, and a copy of this ruling.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT